UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JAMES RUSSELL GIBSON AND MONICA GIBSON** | **CIVIL ACTION: 5:23-cv-00441** |
| **VERSUS** | **JUDGE:** |
| **SCOTT EDWARD FISHER, SOUTHERN STAR, INC. AND TRAVELERS PROPERTY CSUALTY COMPANY OF AMERICA** | **MAGISTRATE JUDGE:** |

## NOTICE OF REMOVAL

NOW INTO COURT come Defendants, SCOTT E. FISHER, SOUTHERN STAR, INC. AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, who file this Notice of Removal of this cause from the 1st Judicial District Court, Parish of Caddo, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana. This removal is predicated upon the fact that there is diversity of citizenship between the parties in this litigation and the amount in controversy exceeds the federal jurisdictional amount, exclusive of interest and costs.

1. This case was commenced in the 1st Judicial District Court, Parish of Caddo, State of Louisiana, with citation and plaintiffs' petition for damages setting forth the claim for relief upon which this action is based. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and all orders served on Defendants, Scott E. Fisher, Southern Star, Inc. and Travelers Property Casualty Company of America, are attached hereto. Exhibit "1" *in globo.*

2. This action is one of a civil nature for alleged personal injury.

3. Upon information and belief, plaintiffs are citizens of the State of Louisiana and are domiciled in Bossier Parish, as alleged in the petition.

4. Defendant, Scott E. Fisher is a citizen of the State of Texas, and domiciled in the County of Panola, with his primary residence declared to be 133 E. Grand Bluff, Beckville, Texas 75631.

5. Defendant, Southern Star, Inc. is a foreign corporation, incorporated in the State of Oklahoma with its principal place of business located in Oklahoma.

6. The Travelers Property Casualty Company of America is a foreign corporation, incorporated in the State of Connecticut with its principal place of business located at One Tower Square, Hartford, Connecticut 06183, and is wholly owned by its parent corporation, The Travelers Companies, Inc. that is incorporated in Connecticut with its principal place of business located at, One Tower Square, Hartford, Connecticut 06183.

7. Upon information and belief, defendant, Travelers Property Casualty Company was served through the Louisiana Secretary of State on March 7, 2023. Upon information and belief, defendant, Scott E. Fisher, was served through via Louisiana Long Arm Service on March 10, 2023. Upon information and belief, defendant, Southern Star, Inc. was served via Louisiana Long Arm service on March 23, 2023. All served defendants consent to removal.

8. The above-described action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. §1332, in that plaintiffs' counsel has pled in Paragraph 2 of plaintiffs' Petition for Damages that James Russell Gibson suffered

    "temporary and permanent disabilities". Plaintiff further states in Paragraph 11 of the Petition that James Russell Gibson "…suffered severe and debilitating injuries, including but not limited to injuries to his left arm, upper and lower back, neck, hips, pain in the right shoulder, left ring and pinkie finger, numbness and tingling. He continues to have persistent pain in his upper and lower back and is still currently being treated by Spine Institute of Louisiana for a compression back fracture along with spinal injury and bulging discs."[1]

9.  The claim of Monica Gibson is included by supplemental jurisdiction. ***Exxon Mobil corp. v. Allapattah Services, Inc.***, *545 U.S. 546*, holds that "supplemental jurisdiction statute permits exercise of diversity jurisdiction over additional plaintiffs who fail to satisfy minimum amount-in-controversy requirement, as long as other elements of diversity jurisdiction are present and at least one named plaintiff satisfied amount-in-controversy." Therefore, pursuant to the provisions of 28 USC §1332, this case can be removed to the United States District Court for the Western District of Louisiana as the amount in controversy for James Russell Gibson is in excess of $75,000 based on the pleadings, representations and diversity between the parties.

10.  Notice of this removal has been made to all adverse parties and to the 1st Judicial District court for the Parish of Caddo by the filing of a notice pursuant to 28 U.S.C. §1446(d).

---

[1] See *Petition for Damages* marked and attached as Exhibit 1.

RESPECTFULLY SUBMITTED:

BY: */s/ Stacey Smith Melerine*
**STACEY SMITH MELERINE (#34099)**
MARICLE & ASSOCIATES
**Mailing Address**: P.O. Box 64093, St. Paul, MN 55164
**E-SERVICE ONLY:** BRCLAES@travelers.com

**Physical Address:**
#1 Sanctuary Blvd., Suite 202, Mandeville, LA 70471
(O) 985-727-3411, (F) 888-341-6954, (D) 225-924-9586
Business E-Mail Address: SMelerin@travelers.com
(NOT FOR Service of Pleadings and Documents)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been this date been forwarded to all counsel of record in this proceeding via electronic mail, this 5th day of April, 2023.

BY: /s/ Stacey S. Melerine
   **STACEY SMITH MELERINE**